**LAW OFFICES OF LES ZIEVE**
**BRIAN H. TRAN, ESQ. #255577**
**LESLIE M. KLOTT, ESQ. #279622**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Phone: (714) 848-7920**
**Facsimile: (714) 908-7807**
**Email: bankruptcy@zievelaw.com**

Counsel for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 14-02625-LA11 |
| | ) | |
| Iglesia Monte De Los Olivos, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE**

**ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11

U.S.C. §§ 102(1) and 1109 (b), Ocwen Loan Servicing, LLC, a Creditor in the above-referenced case,

hereby requests that all notices given or required to be given in this case and all papers served or required

to be served in this case, be given to LESLIE M. KLOTT, ESQ., at the following office and address and

that the following counsel for Ocwen Loan Servicing, LLC, be included on the master mailing list:

**Leslie M. Klott, Esq.**
**LAW OFFICES OF LES ZIEVE**
**30 Corporate Park, Suite 450**
**Irvine, CA 92606**
**Email: bankruptcy@zievelaw.com**
**Telephone: (714) 848-7920**
**Fax Number: (714) 908-7807**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: May 27, 2014                                Respectfully submitted,

                                                   LAW OFFICES OF LES ZIEVE


                                                   /s/ Leslie M. Klott
                                                   _____
                                                   By: LESLIE M. KLOTT
                                                   Counsel for Secured Creditor,
                                                   Ocwen Loan Servicing, LLC

1  **LAW OFFICES OF LES ZIEVE**
   **BRIAN H. TRAN, ESQ. #255577**
2  **LESLIE M. KLOTT, ESQ. #279622**
   **30 Corporate Park, Suite 450**
3  **Irvine, CA 92606**
   **Phone: (714) 848-7920**
4  **Facsimile: (714) 908-7807**
   **Email: bankruptcy@zievelaw.com**
5
   Counsel for Secured Creditor,
6  Ocwen Loan Servicing, LLC

7

8

9                **UNITED STATES BANKRUPTCY COURT**

10              **SOUTHERN DISTRICT OF CALIFORNIA**

11
    In re                                )   Case No. 14-02625-LA11
12                                        )
    Iglesia Monte De Los Olivos, Inc.,    )   Chapter 11
13                                        )
                       Debtor.            )   **PROOF OF SERVICE BY MAIL**
14                                        )
                                          )
15                                        )
                                          )
16                                        )
    _____  )
17

18
                 STATE OF CALIFORNIA, COUNTY OF ORANGE:
19
20      I, **Michele Dapello**, certify that I am a resident of Orange County, California.  I am over

21  the age of 18 years and am not a party to the within action.  My business address is 30 Corporate

22  Park, Suite 450, Irvine, California 92606.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

On **May 27, 2014**, I served the within **REQUEST FOR SPECIAL NOTICE AND**

**PROOF OF SERVICE BY MAIL** on all interested parties in this proceeding by placing a true

and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States

Mail at Irvine, California, addressed as follows:


**Iglesia Monte De Los Olivos, Inc.**
331 West 4th Ave.
Escondido, CA 92025

**Diane H. Gibson,** Attorney
2755 Jefferson Street, Suite 203
Carlsbad CA 92008

**United States Trustee**
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-8511


I certify under penalty of perjury the foregoing is true and correct.

Executed on **May 27, 2014** at Irvine, California.


/s/ Michele Dapello
**Michele Dapello**