Law Offices of Russel T. Little, ap.c.
California Bar No. 153596
185 West F Street, Suite 100
San Diego, California 92101
Telephone:(619) 232-2330
Facsimile: (619) 232-4916

Attorney for: Larry D. Armbrust and Carol D. Armbrust, Trustees

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iglesia Monte De Los Olivos, Inc. | Case No. 14-02625-LA11 |
| Debtor, | RS No. RTL-1 |
| | **Notice of Re-Scheduled Hearing on Motion for Relief from the Automatic Stay** |
| Larry D. Armbrust and Carol D. Armbrust, Trustees of the Armbrust Living Trust, UDT, Dated March 8, 1991, | |
| Movant | |
| v. | **Hearing:** |
| Iglesia Monte De Los Olivos, Inc. | **Date: August 7, 2014** |
| Respondents, | **Time: 2:00 P.M.** |
| | **Dept: 2** |
| | [Judge Louise DeCarl Adler] |

/////

/////

1

TO: DEBTOR, DEBTOR'S COUNSEL, UNITED STATES TRUSTEE, AND PARTIES IN INTEREST AND THEIR COUNSEL:

PLEASE TAKE NOTICE that a Motion for Relief from the Automatic Stay has been filed and served by Larry D. Armbrust and Carol D. Armbrust, Trustee of the Arbmrust Living Trust, UDT, dated March 8, 1991, ["Motion"].

Take further notice that Debtor has filed opposition to the motion and noticed a hearing that was originally scheduled for July 31, 2014, at 2:00 o'clock P.M. in Department 2, of the United States Bankruptcy Court.

Take further notice that the hearing on the Motion is **re-scheduled** for August 7, 2014, at 2:00 o'clock P.M., in Department 2, Room 118 of the United States Bankruptcy Court, 325 West "F" Street, San Diego, California.

Dated: July 15, 2014          Respectfully,

                                                /s/ Russel T. Little
RUSSEL T. LITTLE (153596) Attorney for Larry and Carol Armbrust, Trustees

2

1  IN THE UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF CALIFORNIA
2  CASE NO. 14-02625-LA11

3  PROOF OF SERVICE

4  I, Russel T. Little, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 185 West "F" Street, Suite 100, San Diego, California 92101.

A true and correct copy of the foregoing document described as **Notice of Re-Scheduled Hearing on Motion for Relief from the Automatic Stay**, will be served in the manner indicated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF] - Pursuant to controlling General Order No. 162, the foregoing document will be served by the court via NEF and hyperlink to the document as follows:

Daniel K. Fujimoto on behalf of Creditor Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-NC1 Trust, Mortgage Pass Through Certificates ,Series 2007-N
wdk@wolffirm.com

Diane H. Gibson on behalf of Debtor Iglesia Monte De Los Olivos, Inc.
dgibsonlaw@gmail.com

David A. Ortiz on behalf of United States Trustee United States Trustee
david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov

John Schlotter on behalf of Creditor PennyMac Loan Services, LLC
ecfmail@aclawllp.com

United States Trustee
ustp.region15@usdoj.gov

2. SERVED BY U.S. MAIL - I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

Iglesia Monte De Los Olivos, Inc.           Debtor
331 West 4th Ave.
Escondido, CA 92025

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2014, at San Diego, California.

                                 /s/ Russel T. Little
                                 RUSSEL T. LITTLE