CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

TIMOTHY J. SILVERMAN, ESQ. [SBN: 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
12651 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130
TEL: [858] 793-8500
FAX: [858] 793-8263

9173.0545

Order Entered on
July 17, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

IGLESIA MONTE DE LOS OLIVOS, INC. AKA MONTE DE LOS OLIVOS COMM. CHURCH, INC.                          Debtors.

BANKRUPTCY NO. 14-02625-LA11

PENNYMAC CORP. its successors and/or assigns by its duly authorized agent PENNYMAC LOAN SERVICES, LLC,
                                                           Moving Party

RS NO.  TJS-001

IGLESIA MONTE DE LOS OLIVOS, INC. AKA MONTE DE LOS OLIVOS COMM. CHURCH, INC.; ELIZABETH BARRY; LADY BIRD ENTOURAGE LIBERTY LLC; CHAPTER 11 TRUSTEE NOT YET ASSIGNED,
                                                           Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒  REAL PROPERTY    ☐  PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  3  with exhibits, if any, for a total of  3  pages, is granted.  Motion Docket Entry No.  51

//
//
//
//

DATED:  July 16, 2014

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

Solomon, Grindle, Silverman & Wintringer, APC
(Firm name)

By: /s/ Timothy J. Silverman
    Attorney for Movant

CSD 1162

Case 14-02625-LA11    Filed 07/16/14    Entered 07/17/14 06:36:25    Doc 66    Pg. 2 of 3

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: IGLESIA MONTE DE LOS OLIVOS, INC. et al.                    CASE NO: 14-02625-LA11
                                                                    RS NO.: TJS-001

The Motion of __PENNYMAC CORP its successors and/or assigns by its duly authorized agent PENNYMAC LOAN SERVICES, LLC__, ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on __June 30, 2014__, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. __53__, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on __June 30, 2014__, and

- [X] Debtor *(Name)*: Iglesia Monte Del Los Olivos, Inc. aka Monte De Los Olivos Comm. Church, Inc.
- [X] Debtor's Attorney *(Name)*: Diane H. Gibson
- [ ] Trustee *(Name)*:
- [X] United States Trustee (in Chapter 11 & 12 cases), and
- [X] Others, if any *(Name)*:

David A. Ortiz, Esq., Attorney for United States Trustee
Elizabeth Barry, original borrower
Lady Bird Entourage LLC
Francisco & Estella Salas
Lonnie & Rosa McBride
Julio Caesar Catena
Guadalupe Chui Hing
Keith Zander
Guide One Insurance
SDA Security

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [X] The following real property:

    a. Street address of the property including county and state: 9782 Oak Pass Road, Los Angeles, California 90210

    b. Legal description is [ ] attached as Exhibit B or [X] described below:

    All that certain Property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

    Lot 47 of Tract 13948, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 298, Pages 30 to 33 of Maps, in the Office of the County Recorder of said County.

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

CSD 1162

Signed by Judge Louise DeCarl Adler July 16, 2014

```
CSD 1162 [08/22/03] (Page 3)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: IGLESIA MONTE DE LOS OLIVOS, INC. et al.              CASE NO: 14-02625-LA11
                                                              RS NO.: TJS-001
```

IT IS FURTHER ORDERED that *(Optional)*:

A. Movant is granted immediate relief from the automatic stay pursuant to U.S.C. §362(d)(1), §362(d)(2), and §362(d)(4) to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on real property located at 9782 Oak Pass Road, Los Angeles, California 90210

B. That the Order be binding and effective in any other pending case under Bankruptcy Code purporting to affect the subject real property at the time of the date of entry of this Order, upon recording a copy of the Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law, except that a Debtor in pending and/or subsequent case may move for relief from the Order based upon good cause shown after notice and hearing.

C. The requirements of Bankruptcy Rule 4001(a)(3) are hereby terminated.

D. That the Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

E. Upon foreclosure, in the event the Debtor or any successor or assigns, fails to deliver up possession of the subject property, Movant shall be permitted to proceed with its remedies available in State Court, including that of unlawful detainer;

CSD 1162

Signed by Judge Louise DeCarl Adler July 16, 2014