TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263
9173.0545

Attorneys for Secured Creditor
PENNYMAC CORP its successors and/or assigns by its duly
authorized agent PENNYMAC LOAN SERVICES, LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>IGLESIA MONTE DE LOS OLIVOS, INC AKA MONTE DE LOS OLIVOS COMM. CHURCH, INC.,<br><br>Debtor.<br><br>ELIZABETH BARRY,<br><br>Non-Filing Maker.<br><br>PENNYMAC CORP. its successors and/or assigns by its duly authorized agent PENNYMAC LOAN SERVICES, LLC,<br><br>Movant,<br>-vs-<br>IGLESIA MONTE DE LOS OLIVOS, INC AKA MONTE DE LOS OLIVOS COMM. CHURCH, INC.; ELIZABETH BARRY; LADY BIRD ENTOURAGE LIBERTY LLC; Chapter 11 Trustee not assigned,<br><br>Respondents. | Case No: 14-02625-LA11<br><br>RS No.: TJS-001<br><br>Chapter 11<br><br>PROOF OF SERVICE<br><br><br><br><br>The Honorable Louise DeCarl Adler |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 250, San Diego, California, 92130.

1

On July 17, 2014, I served the foregoing document described as **ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

/X/   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

Executed on July 17, 2014, at San Diego, California.

/ /   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

/ /   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2014, at San Diego, California.

Debbie Reinhardt Gomez

## MAILING LIST

In re: Iglesia Monte De Los Olivos, et al.
Bankruptcy Case No.: 14-02625-LA11

**Debtor(s)**
Iglesia Monte Del Los Olivos, Inc. aka
Monte Del Los Olivos Comm. Church, Inc.
331 West 4th Avenue
Escondido, CA 92025

**Attorney for Debtor(s)**
Diane H. Gibson, Esq.
2755 Jefferson Street, Suite 203
Carlsbad, CA 92008

**United States Trustee**
402 W. Broadway, #600
San Diego, CA 92101-8511

**Attorney for United States Trustee**
David A. Ortiz, Esq.
Office of United States Trustee
402 W. Broadway, #600
San Diego, CA 92101-8511

**Original Borrower**
Elizabeth Barry
9782 Oak Pass Road
Los Angeles, CA 90210

Elizabeth Barry
9782 Oak Pass Road
Beverly Hills, CA 90210

Lady Bird Entourage LLC
645 Front Street #1910
San Diego, CA 92101

**20 Largest Unsecured Creditors**
Francisco & Estella Salas
1189 Shay Place
Escondido, CA 92026

Lonnie & Rosa McBride
2502 Wanek Road, Apt D
Escondido, CA 92027

Julio Caesar Catena
3056 Slivkoff Drive
Escondido, CA 92027

Guadalupe Chui Hing
8538 Harwell Drive
San Diego, CA 92119

Keith Zander
17761 Bear Valley Lane
Escondido, CA 92027

Guide One Insurance
1111 Ashworth Road
West Des Moines, IA 90265

Guide One Insurance
c/o Double Honor Insurance Services, LLC
16855 West Bernardo Drive, Suite 340
San Diego, CA 92127

SDA Security
Attn: Barry Veit
2054 State Street
San Diego, CA 92101